IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-003-GPG-JMC

UNITED STATES OF AMERICA,

Plaintiff,

v.

LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL,

Defendant.

---

**INDICTMENT**

---

THE GRAND JURY CHARGES:

**COUNT 1**

On, about, or between January 4, 1997 and January 3, 2013, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, K.B., who had not attained the age of 16 years, to engage in a sexual act by threatening or placing K.B. in fear, or, K.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant penetrated the genital opening of K.B., by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any

person, under the guise of treating K.B. in a traditional manner as a healer; K.B. believed Defendant was engaging in traditional healing methods; this act occurred at a time when Defendant was a prominent figure in K.B.'s social group, was physically stronger than K.B., and did such act in a room at his house Defendant designated as a room for treating others by traditional methods.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 2**

On, about, or between January 4, 1997 and January 3, 2013, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, K.B., who had not attained the age of 16 years, to engage in a sexual act by threatening or placing K.B. in fear, or, K.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant penetrated the genital opening of K.B., by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, under the guise of treating K.B. in a traditional manner as a healer; K.B. believed Defendant was engaging in traditional healing methods; this act occurred at a time when Defendant was a prominent figure in K.B.'s social group, was physically stronger than K.B., and did such act in a PT Cruiser automobile.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 3**

On, about, or between January 4, 2013 and July 7, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, K.B., to engage in sexual contact with Defendant by threatening or placing K.B. in fear, or, K.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual contact, to wit: Defendant touched the vulva of K.B., by use of an object, a crystal, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, under the guise of treating K.B. in a traditional manner as a healer; K.B. believed Defendant was engaging in traditional healing methods; this act occurred at a time when Defendant was a prominent figure in K.B.'s social group, was physically stronger than K.B., and did such act in a room at his house he designated as a room for treating others by traditional methods.

All in violation of Title 18, United States Code, Sections 2244(a)(2) and 1153.

**COUNT 4**

On, about, or between January 1, 2015 and July 7, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, A.B., to engage in a sexual act by threatening or placing A.B. in fear, or, A.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant asked A.B. to come over to his house; A.B. believed Defendant was a healer engaging in traditional healing methods; Defendant was sitting next to A.B.; Defendant stated that he observed a “Skinwalker” and directed A.B. to lower her pants; Defendant penetrated A.B.’s genital opening by use of his finger with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person; after penetrating A.B.’s genital opening, Defendant told A.B., “You should be okay.”; under the guise of treating A.B. in a traditional manner; this act occurred at a time when Defendant was a prominent figure in A.B.’s social group, was physically stronger than A.B, and did such act at his house when alone with A.B.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 5**

On, about, or between January 1, 2015 and July 7, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, A.B., to engage in a sexual act by threatening or placing A.B. in fear, or, A.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant told A.B. to come to his house so that he could treat her in a traditional manner; after A.B. arrived, Defendant told her that he needed to have sexual intercourse with A.B. to “exchange energy” to treat A.B.; A.B. believed Defendant was engaging in traditional healing methods; this act happened at a time when Defendant was a prominent figure in A.B.’s social group, was physically stronger than A.B., and did such act at his house when alone with A.B.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 6**

On, about, or between January 1, 2015 and July 7, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, A.B., to engage in sexual contact with Defendant by

threatening or placing A.B. in fear, or, A.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual contact, to wit: Defendant invited A.B. to go to Defendant's father's home where Defendant would provide A.B. with meat; upon arrival, Defendant directed A.B. to a back room at his father's house and told A.B. they needed to "exchange energy" to treat her in a traditional manner; Defendant placed his hands on her buttocks, breathed into her mouth, and touched her vulva by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person; A.B. believed Defendant was engaging in traditional healing methods; this act occurred at a time when Defendant was a prominent figure in A.B.'s social group, was physically stronger than A.B., and did such act when alone with A.B.

All in violation of Title 18, United States Code, Sections 2244(a)(2) and 1153.

**COUNT 7**

On, about, or between January 1, 2015 and July 7, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, A.B., to engage in sexual contact with Defendant by threatening or placing A.B. in fear, or, A.B. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or

communicating an unwillingness to engage in the sexual contact, to wit: Defendant offered to give A.B. a ride back to A.B.'s home from a location near but outside the Ute Mountain Ute Reservation; just prior to A.B. exiting Defendant's vehicle, Defendant reached inside A.B.'s shirt and touched her breast by use of his finger with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person; upon feeling A.B.'s breast, Defendant told A.B. "You are okay" indicating that he was performing a traditional healing exam; A.B. believed Defendant was engaging in traditional healing methods; this act occurred at a time when Defendant was a prominent figure in A.B.'s social group, was physically stronger than A.B., and did such act when alone with A.B.

All in violation of Title 18, United States Code, Sections 2244(a)(2) and 1153.

**COUNT 8**

On, about, or between January 1, 2017 and July 11, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, J.T., to engage in a sexual act by threatening or placing J.T. in fear, or, J.T. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant purported to be conducting a traditional ceremony at A.B.'s house; J.T. was present for the event; J.T. understood Defendant to

be a traditional healer and a prominent figure in A.B.'s social group. Defendant directed J.T. to go outside with him alone; Defendant reached down inside J.T's clothing and penetrated the genital opening of J.T., by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person; after penetrating J.T.'s genital opening, Defendant blew on his finger; Defendant told J.T. that did this to protect J.T. from men under the guise of traditional healing; Defendant told J.T. that this act did not excite him and that J.T. should not tell anyone about the act; J.T. believed Defendant was engaging in traditional healing methods; Defendant was physically stronger than J.T.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

## COUNT 9

On, about, or between January 1, 2017 and July 11, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, J.T., to engage in a sexual act by threatening or placing J.T. in fear, or, J.T. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant took J.T. to an outdoor location on the Ute Mountain Ute Reservation; at that location, Defendant directed J.T. to throw alcohol bottles to heal her of her desire to drink alcohol; Defendant said prayers during this

activity; Defendant then reached down and penetrated the genital opening of J.T., by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, under the guise of treating J.T. in a traditional manner; after penetrating J.T.'s genital opening, Defendant blew on his finger; Defendant told J.T. to not tell anyone about his actions; J.T. believed Defendant was engaging in traditional healing methods; J.T. understood Defendant to be a traditional healer, a prominent figure in A.B.'s social group, and Defendant was physically stronger than J.T. and did such act when alone with J.T.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

## COUNT 10

On, about, or between January 1, 2014 and July 13, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, J.O., to engage in a sexual act by threatening or placing J.O. in fear, or, J.O. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant arranged to meet with J.O. at his house. Defendant directed J.O. to a room in Defendant's house containing traditional cultural items and told her to remove her clothing; Defendant touched J.O.'s breasts and penetrated her genital opening with his finger with the intent to abuse, humiliate, harass,

degrade, and arouse and gratify the sexual desire of any person, under the guise of treating J.O. in a traditional manner; J.O. told Defendant she was uncomfortable with Defendant touching her body; Defendant became upset and told J.O. that he needed to touch her to heal her; J.O. was fearful of not being healed; Defendant also told her that he did not get aroused when touching J.O.'s body; Defendant would use traditional cultural items and say prayers when performing acts to J.O.; J.O. believed Defendant was engaging in traditional healing methods; J.O. understood Defendant to be a traditional healer, a prominent figure in A.B.'s social group, and Defendant was physically stronger than J.O. and did such act when alone with J.O.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 11**

On, about, or between January 1, 2014 and July 13, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, J.O., to engage in a sexual act by threatening or placing J.O. in fear, or, J.O. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual act, to wit: Defendant arranged to meet with J.O., at least a second time, at his house. Again, Defendant directed J.O. to a room in Defendant's house containing traditional cultural items and told her to remove her clothing;

Defendant touched J.O.'s breasts and penetrated her genital opening with his finger with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, under the guise of treating J.O. in a traditional manner; J.O. was fearful of not being healed; Defendant also told her that he did not get aroused when touching J.O.'s body; Defendant would use traditional cultural items and say prayers when performing acts to J.O.; J.O. believed Defendant was engaging in traditional healing methods; J.O. understood Defendant to be a traditional healer, a prominent figure in A.B.'s social group, and Defendant was physically stronger than J.O. and did such act when alone with J.O.

All in violation of Title 18, United States Code, Sections 2242 and 1153.

**COUNT 12**

On, about, or between January 1, 2014 and July 13, 2017, in the State and District of Colorado, and within the exterior boundaries of the Ute Mountain Ute Indian Reservation, Indian Country, Defendant, Lyndreth Hemp Wall, an Indian, did, on an occasion separate from any other count in this indictment, knowingly cause and attempt to cause another person, J.O., to engage in sexual contact with Defendant by threatening or placing J.O. in fear, or, J.O. was either incapable of appraising the nature of the conduct or was physically incapable of declining participation in, or communicating an unwillingness to engage in the sexual contact, to wit: Defendant took J.O. to an outdoor rural location on the Ute Mountain Ute Reservation and directed her to remove her clothing; at this location, Defendant touched the breasts and vulva of

J.O., by use of his finger, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person, under the guise of treating J.O. in a traditional manner as a healer; when J.O. questioned Defendant as to why he needed to engage in sexual activity to heal her, Defendant became upset and threatened to not heal one of J.O.'s family members that J.O. wanted to be healed; J.O. was fearful of not being healed and of her family member not being healed; Defendant had told J.O. that he did not get aroused when touching her body; Defendant would use traditional cultural items and say prayers when performing acts to J.O.; J.O. believed Defendant was engaging in traditional healing methods; J.O. understood Defendant to be a traditional healer, a prominent figure in A.B.'s social group, and Defendant was physically stronger than J.O. and did such act when alone with J.O.

All in violation of Title 18, United States Code, Sections 2244(a)(2) and 1153.

A TRUE BILL

"Ink signature on file in Clerk's Office"
FOREPERSON

COLE FINEGAN
United States Attorney

*/S/ R. Josh Player*
R. Josh Player
Assistant United States Attorney
United States Attorney's Office
835 E. 2ND Ave, Suite 410
Durango, Colorado 81301
Telephone: (970) 247-1514
Fax: (970) 247-8619
E-mail: Riley.Player@usdoj.gov