DEFENDANT: Lyndreth Hemp Wall, a/k/a Lyndreth Wall

YOB: 1965

COMPLAINT FILED? ______ Yes ___X____ No

If Yes, MAGISTRATE CASE NUMBER:

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ________Yes ___X___ No

OFFENSE(S): COUNTS 1-2, 4-5, and 8-11: 18 U.S.C. §§ 2242 and 1153, Sexual Abuse in Indian Country

COUNTS 3, 6-7, and 12: 18 U.S.C. §§ 2244(a)(2) and 1153, Abusive Sexual Contact in Indian Country

LOCAT. OF OFFENSE: Montezuma County, Colorado

PENALTY: COUNTS 1-2, 4-5, and 8-11: Imprisonment for any term of years or for life, a $250,000 fine or both, a term of supervised release of NLT five (5) years nor more than life, and a $100 special assessment fee.

COUNTS 3, 6-7, and 12: Imprisonment for NMT three (3) years, a $250,000 fine or both, a term of supervised release of NLT five (5) years nor more than life, and a $100 special assessment fee.

AGENT: Special Agent Scott Crowley, Federal Bureau of Investigation

AUTH. BY: R. Josh Player, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___X___ five days or less ____ over five days ____ other

THE GOVERNMENT

__X___ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A), (B), and (E)

______ will not seek detention

The statutory presumption of detention is applicable to this defendant pursuant to 18 U.S.C § 3142 (e)(3)(E)(violation of 18 U.S.C. § 2242)

OCDETF CASE: ___ Yes ___X__ No