AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America
v.
LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL

*Defendant*

Case No. 24-cr-003-GPG-JMC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-2, 4-5, and 8-11: 18 U.S.C. §§ 2242 and 1153, Sexual Abuse in Indian Country

COUNTS 3, 6-7, and 12: 18 U.S.C. §§ 2244(a)(2) and 1153, Abusive Sexual Contact in Indian Country

Date: 01/03/2024

s/ C. Cuenca
*Issuing officer's signature*

City and state: Durango, Colorado

James M. Candelaria, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/4/2024, and the person was arrested on *(date)* 1/10/2024
at *(city and state)* Towaoc, CO.

Date: 1/11/2024

*Arresting officer's signature*

Scott Crowley, Special Agent
*Printed name and title*