# Overview of Sexual Violence Perpetrated by Purported Indian Medicine Men

## Chapter 13

BONNIE CLAIRMONT



The elders have told us, "The wisdom and vision you are seeking is within you." Despite this advice, Indian people have sought help, wisdom, renewed health, and guidance through spiritual journeys with tribal spiritual leaders and medicine men. Within Native communities, there are those who appear to be gifted at helping people through their spiritual journeys. They are the "chosen ones," the spiritual guides chosen by the Great Spirit to help their people. These "chosen ones" live a life of personal self-sacrifice while attending to the spiritual needs of their people, often living a life of modest means and humility. Unfortunately, there are others who are misusing their positions of power along with growing accounts of "self-proclaimed/instant spiritual leaders" and "false/plastic medicine men" in Indian Country. These individuals are misrepresenting themselves and misusing and abusing the power they have been given for their own benefit.

If anything is sacred to Indian people, it is our spirituality. Indian people did not traditionally regard their spiritual beliefs and practices as a "religion," practiced once a week, as some Christians do. Old-time spiritual people/elders referred to spirituality as "a way of life." The term "religion" does not accurately describe spirituality as practiced by Indian people because it doesn't accurately describe the deeper search for meaning and the belief in the interconnectedness and relationship between all living things. Indian people recognized the importance of respecting all living things as being part of the circle of life. We accepted the circle of life as an interdependent and **egalitarian** system. It is for this reason that violence, particularly violence against women, was once virtually nonexistent. Indian people believed that causing harm to any part of this circle would cause harm to oneself; thus we upheld the sanctity and sovereignty of the women.

215

Copyright 2001. AltaMira Press.
All rights reserved. May not be reproduced in any form without permission from the publisher, except fair uses permitted under U.S. or applicable copyright law.

EBSCO Publishing : eBook Collection (EBSCOhost) - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE
AN: 613774 ; Sarah Deer, Bonnie Clairmont, Carrie A. Martell, Maureen L. White Eagle.; Sharing Our Stories of Survival : Native Women Surviving Violence
Account: s2691052.main.ehost

Being the original inhabitants of this continent, Indian people have always had spiritual practices to sustain them and guide their everyday lives. Native spiritual ceremonies are guided by nature, the seasons, and other natural occurrences. These practices were woven into the fabric of our everyday lives. From sunrise to sunset we offer thanksgiving for living another day in this creation. Our spirituality was inherent during food gathering ceremonies to make offerings of gratitude to mother earth for that which was taken; asking for success during hunts in order that the people would have adequate **sustenance**; to ask for protection during warfare for the warriors who were protecting their villages, their traditions, the women, and children; for special occasions such as the celebration of accomplishments, **rites** of passage, name-giving ceremonies for children, "making of relatives/adoption" ceremonies in order to provide extended family, caregivers, and protectors for children; for the celebration of life; for healing sicknesses; and ceremonies to guide departed loved ones to the spirit world upon their passing from this life. All of these spiritual ceremonies and more were done with prayer in the Native languages, accompanied by appropriate songs, rituals, and oral traditions that were handed down from one generation to the next.

Learning about spirits and the interconnectedness between all living things began at an early age. In the Ho-Chunk Nation, for example, boys as young as twelve had their faces painted black and were sent out into the woods alone for several days on spiritual quests, where they fasted and prayed. A young man would pray, seeking a deeper understanding of life. If he was a "chosen one," chosen by the Creator and the spirits, this young man was blessed with a vision, a profound understanding, a revelation that would benefit their people for generations to come.

The life of a true spiritual leader was one of complete self-sacrifice, always tending to the spiritual healing needs of their people. The old-time medicine men and prayer people were very humble, lived very modestly and rarely traveled outside of their communities. They remained close to home in the event someone would need their help. They were individuals who married and kept their sacred unions intact, often over a course of four generations. They maintained the sanctity of their marriages by respecting their partners, remaining monogamous, and refraining from any form of violence or abuse toward their partners. They also lived in accordance with the practices they **proselytized** in order that future generations could come to rely on the steadfastness of their beliefs. Their female partners would help in the ceremonies in accordance with their respective roles. These roles were held very sacred and intrinsic to the wholeness and the successful outcome of that ceremony. Female partners assisted with female patients in order to maintain appropriate boundaries during healing ceremonies. They created safety for the patient by either being present when the medicine man had to touch the woman or by administering the medicine to the female patient themselves. As

Case No. 1:24-cr-00003-GPG   Document 20-1   filed 01/18/24   USDC Colorado   pg 3 of 16

Paula Gunn Allen points out, *Irriaku* (Corn Mother) is present at every ceremony. "Without the presence of her power, no ceremony can produce the power it is designed to create or release. These uses of the feminine testify that primary power, the power to make and to relate, belongs to the preponderantly feminine powers of the universe."[1] If the couple was blessed with children, they raised the children around the spiritual ceremonies so they in turn could learn the appropriate protocols and pass those traditions on to their children.

Native spiritual practices include medicines and herbs and sacred objects to be used in concert with the sacred ceremonies. Many nations possess inherent beliefs that it was a woman who originally brought their sacred medicines, sacred bundles, and instruments along with instructions on the proper use and care of these sacred objects. The White Buffalo Calf Maiden, a sacred woman, brought the Sacred Pipe of the Nation to the Lakota people and instructed the people in regard to the sacred seven rites and ceremonies. According to legend, she appeared before two scouts. One had bad thoughts, but the other said, "That is a sacred woman. Throw all bad thoughts away." She approached the man who did not have bad thoughts with a Sacred Pipe and said, "Behold, with this you shall multiply and be a good nation. Nothing but good shall come from it. Only the hands of the good shall take care of it and the bad shall not even see it."[2] As evidenced in this legend, only those individuals who follow the unwritten rules of the Sacred Pipe and do not have bad thoughts toward women shall take care of it. Others shall not even see it.

Pre-Christian Natives followed many spiritual traditions. There is evidence that most tribal societies were matrilineal, matrilocal, and matriarchal and that spiritual practices were women-centered and women-based. Within these societies, Indian women served as spiritual leaders, tribal leaders, and as military leaders. The men had profound respect for the opinions of the women in the village—particularly during wartimes. A Dakota legend states that "if the women did not agree with a decision to go to war, the Tiyospaye mothers would paint a rock red and throw it in the middle of the men's council meeting. When this happened there was no more discussion on the issue, the women's resolution was final."

The arrival of Europeans marked a major change in Native society. European Christian missionaries looked upon Native spirituality as pagan superstition inspired by Satan. Native American religious practices were misunderstood, forbidden, and even outlawed. Religious offenses on the reservations were codified by the commissioner of Indian Affairs, Thomas J. Morgan, in 1892 in his "Rules for Indian Courts," whereby he established a series of criminal offenses aimed at Native American religious practices.[3] Native people were imprisoned for simply practicing their spirituality in the traditional ways that their ancestors had used since time immemorial. Many Native spiritual ceremonies and practices were nearly destroyed

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

and had to go underground in order to survive the genocide. Many of these practices nearly disappeared, but Indian people believe the Creator protected their sacred ceremonies from complete destruction. Spiritual leaders, in particular, fought to keep their practices from being totally destroyed by European genocide. "In many cases, a significant number of prophetic spiritual leaders were forced to advocate a militant resistance and a strategy of complex alliances, often turning hostile in the face of non-Native aggression while also rejecting any form of unilateral, submissive accommodation."[4]

Genocide is more than the killing of the physical body—it also includes the destruction of cultural traditions and spirituality. To ensure complete **subjugation** of Indian nations, the colonizers realized that they would have to subjugate Indian women as well. In that effort, the federal Bureau of Indian Affairs began opening boarding schools in the 1870s. In 1879, Colonel Henry Pratt founded the Carlisle Indian Industrial School, with his well-known philosophy being "Kill the Indian, Save the Man." His idea was to destroy the inherent values of Indian people in order to maintain the European paternal stronghold. Carlisle and the Indian boarding schools that followed were set up to break spirits and destroy traditional extended families and cultures. Indian children were forcibly shipped to either government-controlled or Christian missionary schools where they were denied the right to speak Native languages, to wear Native clothing, or to practice any form of Native spirituality.[5] They received Judeo-Christian indoctrination from the priests and nuns through the types of chores they performed and the biblical training they received while attending the boarding schools. The boys learned agricultural lessons, and the girls received instruction in "ironing, sewing, washing, serving raw oysters at cocktail parties and making attractive flower arrangements in order to transform them into middle class housewives."[6]

In these schools, Indian children received Bible lessons and were indoctrinated to Judeo-Christian traditions where they learned about patriarchal, misogynistic belief systems. This indoctrination was based on biblical passages that seemed to justify the subordination of women and contributed to violence against women. For example, Genesis 2:24: "Therefore a man leaves his father and mother and cleaves to his wife and they become one flesh." During marriage, the wife forfeited her identity in order to become the property of her husband. Such an interpretation led to a disregard for the woman as a person in her own right. The husband was then given the right to do as he chose with his "property," as evidenced in Ephesians 5:22: "Wives be subject to your husband."

Other theological ideas have justified treating women violently, such as the male being identified with the spirit and the female identified with the body, an entity that needed to be controlled, and the sanctioning of violence to accomplish that goal.[7] Children in boarding schools ultimately learned that violence is ac-

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

ceptable due to the many abuses they suffered at the hands of Catholic priests and nuns. Randy Fred (Tseshaht), a former boarding school student, says that "children in his school began to mimic the abuse they were experiencing."[8] Paula Gunn Allen affirms that colonizers felt that Native people needed to learn the value of hierarchy, the role of physical abuse in maintaining that hierarchy, and the importance of women remaining submissive to their men. "They had to convince both men and women that a woman's proper place was under the authority of her husband and that a man's proper place was under the authority of the priests."[9]

Colonization failed in its attempts to completely annihilate Indian culture and spirituality, but it was successful in causing long-term damage to Native culture and family and social systems. The legacy of the Boarding School Era and the long-term traumatic effects on the children who attended the schools continues to reverberate in subsequent generations. Depriving Indian people the right to parent their children in the natural belief systems of their people became the colonizers' most powerful weapon of oppression. Over time, many Indian people gradually succumbed to the oppression and internalized it by adopting unnatural belief systems. The internalized oppression resulted in the destruction of some of Indian peoples' most sacred values.

One of the long-term effects of this internalized oppression is the problem of sexual assault perpetrated by Native spiritual leaders/medicine men. Until recently, this problem has been a well-kept secret because victims were too terrified to disclose abuse perpetrated by someone who seems to be so omnipotent, so godlike. There are no statistics, no studies, and no research on this horrendous act of betrayed trust. The little research available focuses solely on Christian denominations and is either years old or statistically "soft."[10] Authentic, nonviolent spiritual leaders teach people because it is their responsibility to pass what they have learned from their elders to younger generations. The role of a true spiritual leader is to provide spiritual direction and assist individuals in developing a relationship with the Creator. Legitimate spiritual leaders help people identify their own internal source of power, wisdom, and understanding that was placed there by the Creator. Often they are called upon to do more and be more for their people. The real problem begins when a spiritual leader begins to believe he is all-knowing and the person who needs help also starts to believe that he is all-knowing. This leads to a person trusting the spiritual leader and allowing him to not only guide her spiritual process but every aspect of her life.

The spiritual leader may begin to see himself as holy and omnipotent. He may become so narcissistic that he believes he possesses the power to heal and may dismiss the fact that he is only the instrument of a power far greater than himself. In the words of Black Elk, "I cured with the power that came through me. Of course, it was not I who cured, it was the power from the Outer World, the visions and

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

the ceremonies had only made me like a hole through which the power could come to the two-leggeds. If I thought that I was doing it myself, the hole would close up and no power could come through. Then everything I could do would be foolish."[11] Jim Clairmont, a Sicangu Lakota and recognized spiritual helper, when referred to as a spiritual leader, responds, "I am only an *Ikce Wicasa*, a common man."

The exploitation and abuse perpetrated by these "false medicine men" ranges from financial exploitation, sexual advances, propositions, and inappropriate touching (e.g., groping, fondling during ceremonies) to physical assault, battering, and rape. These spiritual leaders convince those they are helping that they are powerful and must be obeyed. There are even accounts of women saying that they were extremely fearful of the unseen, mystical powers that this man possessed. They feared what he was capable of doing with that mystical power if she were to resist his sexual advances, sexual favors, or his demand for total obedience and financial sacrifice.

There are many warning signs that a "medicine man" may not be genuine or is driven by his own need for power, control, or financial gain. Some of the warning signs that deserve particular attention include the following:

1. *The Instant/Self-Proclaimed Medicine Man*—Unfortunately, there are numerous people (both Native and non-Native) who are self-proclaimed "instant" medicine men. They have not engaged in a lifelong process of learning the unwritten rules of their traditions and spiritual practice through oral tradition or actual participation. In all likelihood they haven't received the proper admonishments from their spiritual mentors and gatekeepers about what could befall a medicine man who doesn't adhere to the unwritten rules and who uses their power to exploit others. There is a mistaken belief that one can become a medicine man overnight, as though all that is required is a sacred pipe or participation in a sweat lodge. "One Sunday mass does not make a pope. One sweat lodge does not a medicine man make."[12]
2. *The Profiteering Medicine Man*—There are many reports of false medicine men who are receiving monetary payment for their work by charging on a per person basis, with prices ranging upwards of $1,000 for anyone wanting to attend a sweat lodge or needing help. Many of these false medicine men are advertising their services on the Internet and are offering "tutorials" in spirituality. True spiritual leaders do not make a profit from their teachings, whether from selling books or holding workshops or sweat lodges. They do not charge for their services.[13] No one who truly believes in American Indian spirituality would ever offer to tutor total strangers in religious matters online, much less charge anyone

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

money. So, the people who are pilfering in the name of spirituality are not genuine spiritual leaders.

Native spirituality has also been exploited for financial gain through appropriation of our culture and traditions. Andrea Smith describes this phenomenon:

> A variety of Indian medicine men and purported medicine men moved into white society where there were easy pickings. Whites would pay hundred of dollars for the privilege of sitting on the ground, having corn flour thrown in their faces, and being told that the earth was round and all things lived in circles. The next step was performing sweat lodges for non-Indians. Another step was to cut out the best-looking blonde for a "special ceremony" in which she would play Mother Earth while the medicine man, or whoever had conned the blonde, would be Father Sky. They would couple to preserve the life on the planet. In short, the arena between cultures became a scene of intense exploitation.[14]

Some additional warning signs that a medicine man could be dangerous include, but are not limited to:

- Prefers to meet with you privately
- Prefers to meet with you in inappropriate places (e.g., hotels)
- Legitimizes his inappropriate behavior as being ordered by the "spirits"
- Makes you believe that he is powerful and must be obeyed
- Makes you feel special with his flirtatiousness
- Has a history of "womanizing," infidelity, and battering
- Has a history of fathering children that he has abandoned
- Makes you pay for expenses, fees, ceremonies
- Has a history of untreated alcohol/drug abuse
- Fosters incestuous feelings of secrecy, fear, shame, and confusion
- Makes you begin to feel his needs are more important than yours
- Advertises himself on the Internet
- Encourages the relationship to become sexualized through looks, language, touches, and rape
- Makes you believe that you must give up everything
- Makes you feel inadequate, even evil

The ultimate goal for the "false medicine man" is the sexual abuse or assault of vulnerable women and children in order to satisfy his own need for power, control, and sexual gratification. He lures victims, grooming them and eventually seducing them or inducing them to have sexual intercourse by making them believe that they can only achieve enlightenment by serving his sexual needs.

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

The effects of this type of abuse run deep and affect every fiber of a victim's being. Women who have experienced this type of abuse have reported extreme losses, including loss of their spirituality; loss of faith in the Great Spirit; loss of feelings of safety from the perpetrator, the perpetrator's family, and from the community due to the backlash of people defending the perpetrator, by either blaming the victim or not believing her; loss of learning healthy intimacy and sexuality; and loss of trust. These are only a few examples of the effects. There is nothing more harmful than breaking a person's spirit, and when it is perpetrated by someone who is held in high esteem, someone who is revered and trusted, the effects can be devastating.

The problem of sexual assault/exploitation by spiritual leaders has been a slow evolution starting with the European invasion, followed by a long history of colonization and genocide and the subsequent acculturation of Indian people into white mainstream submission. It is also clear that Indian women's sovereignty and status in tribal communities was compromised for the benefit of elevating the status of Indian men in accordance with the Eurocentric and Christian hierarchical system. Cultural subjugation was successful because Indian women and children were the primary targets of that subjugation.

This problem has many contributing factors. As discussed earlier, sexual assault by spiritual leaders stems from the systematic dissolution of tradition and destruction of inherent values whereby Indian women's status in tribal societies was compromised due to Judeo-Christian indoctrination. The lack of accountability and the silence and secrecy that surrounds this problem has caused it to reach epidemic proportions. Indian people must be ready to hear disclosures from victims and demand that tribal leaders and legal systems hold these false medicine men and their peers accountable through criminal prosecution. We must avoid blaming the victim and hold the perpetrator accountable for his actions. A conviction sends a resounding message to the community and particularly to the perpetrator that a crime has been committed against the tribal, state, or federal government. There are reported cases of false medicine men who have been charged and convicted of criminal sexual conduct that have drawn national media attention.

In the case of *United States v. Dale Johns*, a practitioner of traditional Indian spirituality was convicted in September 29, 1992, of three counts of rape and five counts of sexually abusing his stepdaughter when she was between the ages of fifteen and twenty-one. Johns, thirty-nine, a former social services director on a reservation in northern Minnesota, was sentenced to nine years in prison by Judge Harry McLaughlin. In sentencing Johns, McLaughlin admonished him by saying, "You have betrayed your standing in the community, your role as a religious leader and your role as stepfather to the victim."[15]

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

In a 1996 case, *State of Minnesota v. Jeffrey David Wall*, a thirty-one-year-old Kiowa Indian received twelve years in prison for three counts of third-degree criminal sexual conduct. Wall represented himself as an American Indian spiritual advisor and operated an Indian art gallery. He held art classes in his home and would often invite schoolchildren into his home to learn about American Indian culture and art. After he gained their confidence, prosecutors said, he had sex with three girls, two of whom were then thirteen and one of whom was fourteen, under the guise of American Indian "spiritual rituals." Days before his court appearance, Wall told the *Pioneer Press* newspaper that authorities were mistaking time-honored Indian spiritualistic traditions for cult activity. Al Zdrazil, the assistant Ramsey County attorney who prosecuted the case, said, "Wall is a manipulator who put on a good show. This was not a racist prosecution. He claimed that what he was teaching was American Indian spirituality. We claimed it was not." Zdrazil continued, "Wall told one of the girls that God told him she was supposed to have his children. That's not American Indian. He also advertised as a shaman. American Indian healers don't advertise."[16]

Community members can demand increased penalties for convicted perpetrators. In the case of Jeffrey Wall, a group of Indian people called Strong Hearts of the Circle, who were organized to address violence in the Indian community, wrote a letter to the judge admonishing Wall for misrepresenting Native culture. They protested his attempts to justify his abuse and to circumvent the charges by claiming religious persecution. The Strong Hearts asserted that "there is no aspect of their culture that would excuse such behavior." Their letter helped in securing a longer sentence for the defendant in this case.

In other cases, spiritual leaders/medicine men are often asked to perform healing rituals to help people suffering from a variety of physical ailments. In a more recent case, *United States v. Hebert Yazzie*, a Navajo medicine man was charged and convicted of false imprisonment, criminal sexual penetration, and intimidation. He was sentenced to eighteen years in prison in May 2003. Yazzie had been asked to perform a healing ceremony to ensure the safe delivery of a couple's baby that was turned in an odd position in the mother's womb. The woman testified that Yazzie told her to wear a dress and then during the ceremony told her to take off her underwear and spread her legs. She said she knew something was wrong, and she refused. Instead, he offered to pay for sex, the woman testified. She refused, and said he pushed her into the car and raped her. Because he held her against her will, Yazzie was convicted of false imprisonment. Yazzie was also charged and convicted of an intimidation of a witness charge because he threatened that he would destroy her family if she told anyone about the rape.[17]

Although these cases represent successful prosecutions, there are many unreported cases of medicine men who continue to exploit, abuse, and rape in the

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

name of tradition and spirituality. Additional contributing factors include, but are not limited to:

1. Having private or intimate access to patients such as hospital rooms and bedrooms
2. Being glorified and sanctified. Many Indian people tend to put false medicine men on pedestals and forget that they are human and are capable of hurting others by not following the unwritten rules that guide their roles.
3. Operating in isolation without supervision
4. Serving multiple roles, which results in boundaries becoming blurred and possibly violated
5. Denying the power (whether real or perceived) that medicine men possess. Medicine men do wield power due to the positions they hold in the community and are capable of misusing that power.
6. Appealing to the benevolence of those they are helping by appearing to be burned out and needy. A medicine man who does not take care of his own spiritual, physical, and emotional needs may turn to those he is supposed to be helping to satisfy his own needs. Those individuals may feel indebted to him and may want to reciprocate by putting the needs of the medicine man first. Women who have been abused may be more apt to fall into this trap due to Christian indoctrination inherited from our ancestors who are boarding school survivors. The tendency to glorify suffering is consistently reinforced by images of the Crucifixion, which "encourages women to be more concerned about their victimizer than about themselves."[18]

There are many options for communities to stop this kind of violence against women. Some of those responses include, but are not limited to:

- Removing perpetrator from community (banishment)
- Boycotting him/his ceremonies
  - Don't refer people to him
  - Don't utilize him for spiritual purposes
- Don't attend his ceremonies
- Warning people about him
- Creating a list of reputable spiritual leaders
- Demanding accountability
- Demanding increased penalties
- Incorporating this violation into tribal codes

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

- Imposing traditional sanctions
- Creating awareness by addressing the problem
  - Tribal newspaper
  - Incorporate into program brochures, materials
- Creating website of convicted spiritual leaders
- Referring to/utilizing medicine women
- Validating victims of sexual assault
- Educating children about sexual abuse
- Consulting with local shelter program before utilizing medicine men
- Removing barriers that prevent victims from reporting

Most importantly, call upon the medicine men association in the community and insist that peers hold one another accountable. An example of this would be the Traditional Elder's Circle declaration of October 1980, where they issued this warning:

> It has been brought to the attention of the Elders and their representatives in Council that various individuals are moving about this Great Turtle Island and across the great waters to foreign soil, purporting to be spiritual leaders. They carry pipes and other objects sacred to the Red Nations, the indigenous people of the western hemisphere. These individuals are gathering non-Indian people as followers who believe they are receiving instructions of the original people. We, the Elders and our representatives sitting in Council, give warning to these non-Indian followers that it is in our understanding this is not a proper process, that the authority to carry these sacred objects is given by the people, and the purpose and procedure is specific to time and the needs of the people. The medicine people are chosen by the medicine and long instruction and discipline is necessary before ceremonies and healing can be done. These procedures are always in the Native tongue; there are no exceptions and profit is not the motivation. There are many Nations with many and varied procedures specifically for the welfare of their people. These processes and ceremonies are of the most Sacred Nature.[19]

Community response necessitates a return to our traditional beliefs, which uphold the sanctity and sovereignty of Indian women. Communities must safeguard the old beliefs and unwritten rules that remind Indian people of what could befall someone who violates the most sacred laws of Indian people. Indian communities have seen many false medicine men fall from their pinnacles by encountering severe hardships (e.g., loss of their partner/family, contracting serious illness, loss of face and dignity). As affirmed by Winona LaDuke, "White man's law was all paper," yet Indians possessed some of the most effective consequences for violations of traditional values and unwritten rules. A traditional sanction for a "false medicine man" who chose to misuse his position to abuse women and children was

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

banishment, which historically was one of those "unwritten rules." With tribes taking back their sovereign rights to define their own criminal jurisdiction and refining their tribal codes, this penalty can be included in tribal codes, and this is being done by a few tribal communities. The Grand Portage Band of Ojibwe in Minnesota approved a banishment law in October 2003.[20] There is no consequence more serious than to be expelled by your own people. It sends a resounding message that violence against women will not be tolerated.

Additionally, tribal community members can organize their communities to create broader, more collective responses. In 1997, in Minneapolis, Minnesota, a group of concerned Indian people joined together to address the problem of spirituality abuse as a response to several well-known spiritual leaders who were convicted of sexual assault. This group wrote grants and held a conference called "Strengthening the Circle of Trust." Over the course of five years, the conference grew to encompass a national perspective, generating widespread attention to this well-kept secret. The conference has given many survivors a voice and encouraged Indian people to confront this issue.

Indian people can no longer participate in their own subjugation. Violence against Indian women and children has been a powerful tool of that subjugation, oppression, and cultural genocide. Sexual exploitation, assault, and rape perpetrated by anyone tears at the very center of an Indian person's very being because it is there where the spirit resides. Sexual exploitation and rape in the name of spirituality is a complete and total mockery of Indian traditions, defiling the sanctity of precious and cherished spiritual ceremonies. It is the very people who are the keepers of those traditions and medicines who are committing these atrocities. Indian people must rely on the wisdom within them to confront and end this assault on our spirituality and preserve and protect the sovereignty of Indian women from those who attempt to destroy it. Women's sovereignty is central to Indian sovereignty because nations cannot be free if their Indian women are not free.

## Notes

1. Paula Gunn Allen, *The Sacred Hoop: Recovering the Feminine in American Indian Traditions* (Boston: Beacon Press, 1992), p. 17.
2. Black Elk and John G. Neihardt, *Black Elk Speaks* (Lincoln: University of Nebraska Press, 1972), pp. 4–5.
3. Lee Irwin, "Freedom, Law and Prophecy: A Brief History of Native American Religious Resistance," in *Native American Spirituality: A Critical Reader* (Lincoln: University of Nebraska Press, 2000), p. 2.
4. Gregory Evans Dowd, *A Spirited Resistance: The North American Indian Struggle for Unity 1775–1815* (Baltimore, MD: Johns Hopkins University Press, 1992).
5. Francis Prucha, *Documents of United States Indian Policy*, 2nd ed. (Lincoln: University of Nebraska Press, 1990).

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

6. Robert A. Trennert, "Educating Indian Girls at Non-Reservation Boarding Schools, 1878–1920," *The Western Historical Quarterly* 13, no. 3 (July 1982): 271–90.

7. See Genesis 2:22, 3:16, 19:1-8; Exodus 20:17, 21:7-11, 22:18.

8. Celia Haig-Brown, *Resistance and Renewal: Surviving the Indian Residential School* (Vancouver, BC: Tillacum Library, 1988), pp. 14–15.

9. Allen, *The Sacred Hoop*, p. 38.

10. Anne A. Simpkinson, "Soul Betrayal," *Common Boundary* (November/December 1996).

11. Black Elk and Neihardt, *Black Elk Speaks*, p. 204.

12. Becky Blanton, quoting John Gisselbrecht in, "Beware: False Medicine Men," Sierra Times.com (January 13, 2004).

13. Vine Deloria, Jr., *God Is Red: A Native View of Religion*, 3rd ed. (Golden, CO: Fulcrum, 2003), p. 39.

14. Vine Deloria, Jr. *God is Red*, p. 39.

15. Donna Halversen, "Indian Medicine Practitioner Gets 9 Years for Abuse," *Star Tribune*, December 20, 1992.

16. Ben Chanco, "Indian Shaman Pleads Guilty to Having Sex with Teenagers," *Pioneer Press*, May 16, 1996.

17. "Poser Medicine Man Convicted in Rape Gets 18 Years," *Gallup Independent*, January 2003.

18. Joanne Carlson Browne and Rebecca Parker, "For God So Loved the World," in *Violence Against Women and Children: A Christian Theological Sourcebook*, Carol J. Adams and Marie M. Fortune, eds. (New York: Continuum, 1995).

19. Communique No. 1 (Northern Cheyenne Nation Rosebud Creek Two Moons Camp, Montana, October 5, 1980), available at http://www.twocircles.org/comque_01.html.

20. *Grand Forks News*, December 6, 2003.

## Questions

1. What are some general traits or values that precolonial medicine people displayed? How can you use these indicators to tell if someone is not a real medicine man?
2. How did the history of colonization and boarding schools effect the role of Native spiritual leaders within their communities? What attitudes have changed as far as how the spiritual leader views himself?
3. Why do you think there is such a prevalence of "instant" or self-proclaimed medicine men, both Native and non-Native? What is their effect on Native communities?
4. Why are the warning signs of sexual assault by a medicine man so difficult to identify?
5. How can tribes hold medicine men perpetrators of sexual assault accountable for their crimes? How can they assist in the prevention of assaults? What about in urban settings versus reservations?
6. Why do you think women who have been previously abused are more apt to be abused by false medicine men?

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

228   BONNIE CLAIRMONT

## In Your Community

1. What is the role of women in healing ceremonies and spiritual guidance in your community? Are there any stories or anecdotes that you have heard that demonstrate this?
2. What point of view is Clairmont writing from? How are her descriptions of medicine men similar or different from what you know of medicine people in your community?
3. What has your community done to support victims of sexual assault by medicine men? If there are no examples from your community, what do you think are effective steps a tribal government can take to show that it takes these issues seriously?

## Terms Used in Chapter 13

**Egalitarian:** Promoting equal political, economic, social, and civil rights for all people.
**Proselytize:** To induce someone to convert to one's own religious faith.
**Rites:** A ceremonial act or series of acts.
**Subjugation:** The act of bringing under control; conquering.
**Sustenance:** Something, especially food, that sustains life or health.

## Suggested Further Reading

Smith, Andrea. *Conquest: Sexual Violence and American Indian Genocide* (Cambridge, MA: South End Press, 2005).

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

**Did I Know Your Dad?**

Ponytail, brown wide eyes, muscles tensing, you ask,
"Did you know my dad?" I do not respond, mind flexing,
I remember what I don't want to see—his stocky short body,
beer in hand, full wavy hair, like yours, dull probing stare . . .

Brown veiny hands, held me tight one night, on the office floor,
eighteen years old, squirming youth's confusion, hardened and numb,
he ripped at me, stale breath sucking trust through a hole in my universe—
piercing Christmas Eve's to come. My boyfriend joking uncomfortably
in the next room at a party he never wanted to attend, me, fitting in,
employed insecurity, gasping for pride, fighting insides, thrusts that
pinned me raw against my boss's desk, and out of upper-hand desperation,
I ask for more.

Your pained youthful face studies my deadened look, asking again,
Did I know your dad? And I say, "I remember him," and your slightly relieved
smile lifts your doleful eyes to mine, and I look away, mumbling, "How is he?"
But I don't hear your response in that eternal second. My conscience falling,
I hear "mother" and nausea building I query, "Where is she?" You reply,
"She moved back to the village"—my body soaring through memory, of bizarre
misgivings, my abused youth seeking familiar in a mind rape of lust,
with your dad.

A six-year-old girl's sprawling passage on dirty carpets and stained
sheets of a neighbor's bedroom—my continual journey—when I met your dad,
when I met your dad, looking at me in the same graspable way. It was familiar.
His gross clumsy efforts, loose belly bumping me, mouth tearing blood from
Me. I knew your dad. And, you tell me "He died." Strangely, I cried. Not in
front
of you. I just went home. And I cried.

    Diane E. Benson (Tlingit)

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use

EBSCOhost - printed on 1/16/2024 6:47 PM via DEPARTMENT OF JUSTICE. All use subject to https://www.ebsco.com/terms-of-use