IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   24-CR-00003-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LYNDRETH HEMP WALL, A/K/A LYNDRETH WALL,

    Defendant.

## UNITED STATES' MOTION TO RESTRICT DOCUMENT

The United States of America, by and through undersigned Assistant United States Attorney, respectfully moves to restrict document [ECF #68] and attachments, any order revealing the contents of that document, and the brief filed in support of this motion [ECF #69], for the reasons stated in the brief filed in support of this motion. The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

Respectfully submitted this 13th day of February 2025.

                J. BISHOP GREWELL
                ACTING UNITED STATES ATTORNEY

                By: *s/ R. Josh Player*
                R. Josh Player
                Assistant U.S. Attorney
                U.S. Attorney's Office
                835 E. 2nd Avenue, Suite 410
                Durango, CO 81301
                Telephone: 970-247-1514
                Email: riley.player@usdoj.gov
                Attorney for the United States

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsels of record, Laura Hayes Suelau and Summer Woods, to the following electronic mailing address:

      Laura_suelau@fd.org
      Summer_woods@fd.org

      By: *s/ Loana Martin*
      Loana Martin
      Legal Assistant
      U.S. Attorney's Office
      835 E. 2nd Avenue, Suite 410
      Durango, Colorado 81301
      Telephone: 970-247-1514
      E-mail: loana.martin@usdoj.gov