IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Date: February 20, 2025
Courtroom Deputy: Donald Clement
Court Reporter: Erin Valenti via VTC

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player<br>Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL,<br>   *Also known as LYNDRETH WALL,* | Laura Hayes Suelau |
| Defendant. | |

# COURTROOM MINUTES

**Motion Hearing**

**8:09 a.m.    Court in session.**

Appearances of counsel. Defendant present in custody.

Ms. Suelau raises concerns pertaining to the Defendant's hearing aids and charger. Counsel is Concerned about communication concerns with defendant without functioning hearing aids and requests an order authorizing hearing aid and charger.

Ms. Suelau raises concerns pertaining to disclosures of information pursuant to Brady and Giglio in Governments response.

**ORDERED:**  the Court DENIES the request for an advisory order to the Government.

Court raises [D. 62] Restricted Motion Name by Ms. Suelau for argument. Ms. Suelau provides argument in favor of motion. Mr. Player provides argument against motion. Ms. Suelau provides a response to Mr. Player's argument.

Court's statement, findings of fact, conclusions of law, and orders as stated on the record.

**ORDERED:** Restricted Motion [D. 62] is **DENIED** and an affidavit or offer of proof must be provided to show cause to reopen the motion.

**8:55 a.m.** **Court is adjourned. Hearing concluded.**

Total time in court: 46 Minutes