IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Date:             November 17, 2025
Deputy Clerk:     Donald Clement
Court Reporter:   Megan Strawn
Law Clerk:        Alex Ruge and Mira Lerner via VTC

| | |
|---|---|
| Criminal Action No. **1:24-cr-00003-GPG-1** | Counsel: |
| UNITED STATES OF AMERICA, | Riley Josh Player |
| | Jeffrey K. Graves |
| Plaintiff, | |
| v. | |
| LYNDRETH HEMP WALL, | Laura Hayes Suelau |
| | Summer Woods |
| | Amy W. Senia via VTC |
| Defendant, | |

## COURTROOM MINUTES

**Jury Trial, Day 11**

**8:07 a.m.     Court in session.**

All counsel, FBI Special Agent Scott Crowley, and Defendant, are present in the courtroom.

8:07 a.m. Jury Present

8:09 a.m. Defendant's witness Ms. Jacqueline Silbermann is called and placed under oath by the Court.

Direct examination of Ms. Silbermann by Ms. Suelau.

Defendant's Exhibit 145 is admitted into evidence.

Cross examination of Ms. Silbermann by Mr. Player.

Ms. Silbermann is excused.

8:35 a.m. Defendant's witness Ms. Cara Wall is called and placed under oath by the Court.

Direct examination of Ms. Wall by Ms. Suelau.

9:07 a.m. Jury Excused

**9:07 a.m.     Court in recess.**
**9:19 a.m.     Court in session.** Jury present.

Continued direct examination of Ms. Wall by Ms. Suelau.

**10:14 a.m. Jury excused**

**10:15 a.m.     Court in recess.**
**10:25 a.m.     Court in session.**

10:26 a.m. Jury present.

Cross examination of Ms. Wall by Mr. Graves.

Governments Exhibits 29, 31, and 33 are referenced.

Redirect examination of Ms. Wall by Ms. Suelau.

Ms. Wall is excused.

**11:19 a.m. Jury excused.**

**11:21 a.m.     Court in recess.**
**11:59 a.m.     Court in session.**

Court provides Curtis Advisement to Defendant.

Defendant's renewed oral Rule 29 motion for acquittal of the Defendant.

**ORDERED:**  Defendant's renewed oral Rule 29 motion for the acquittal of the Defendant is TAKEN UNDERADVISEMENT and a written order will be issued.

Discussion outside the presence of the jury

12:11 p.m. Jury present.

Defendant rests.

Government has no rebuttal witnesses.

12:13 p.m.    Jury released, to return at 7:55 a.m. on Tuesday, November 18, 2025.

**12:16 p.m.    Court in recess.**
**1:22 p.m.    Court in session.**

Jury instruction conference outside the presence of the jury.

**2:25 p.m.    Court in recess.**
**2:32 p.m.    Court in session.**

Continued jury instruction conference outside the presence of the jury.

**3:32 p.m.    Court in recess.**
**3:38 p.m.    Court in session.**

Continued Jury instruction conference outside the presence of the jury.

**4:31 p.m.    Court in recess.**
**5:29 p.m.    Court in session.**

Continued Jury instruction conference outside the presence of the jury.

Admitted Exhibits are confirmed by the parties.

**6:02 p.m.    Court in recess.**
**6:11 p.m.    Court in session.**

Continued Jury instruction conference outside the presence of the jury.

**6:54 p.m.    Court in recess. Trial continued.**

Total time in court: 7 Hours 21 Minutes